In the Matter of Supplementary Proceedings. Abraham Denike, Plaintiff and and Judgment Creditor, v. Charles W. Denike, Defendant and Judgment

Debtor.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.